NORTH PLAINFIELD EDUCATION ASSOCIATION v. BOARD OF EDUCATION OF THE BOROUGH OF NORTH PLAINFIELD, SOMERSET COUNTY.

November 1, 1983.

Petition for certification granted.

STATE OF NEW JERSEY v. VLADIMER WALTER MUSANKO.

November 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WESLEY GRIGGS.

November 1, 1983.

Petition for certification denied.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF DOMINICK A. SCIALABBA, M.D., LICENSE NO. 19666, TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

November 1, 1983.

Petition for certification denied.